FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 4:29 pm, Apr 01, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR125-024 |
| | ) |
| v. | ) 18 U.S.C. § 875(c) |
| | ) Threats in Interstate |
| JOSEPH ARMAND ZIMMER | ) Communication |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
*Threats in Interstate Communication*
18 U.S.C. § 875(c)

On or about February 18, 2025, in the Southern District of Georgia, the Defendant,

**JOSEPH ARMAND ZIMMER,**

did knowingly transmit in interstate commerce from the District of North Dakota to the Southern District of Georgia, a communication, with the intent to communicate true threats and which the Defendant knew would be viewed as true threats. Specifically, the Defendant made a phone call to an individual whose initials are A.V., that contained threats to injure A.V., including that the Defendant would "throw [A.V.] in a cell and have [her] set on fire," and that the Defendant would "blow [A.V.'s] head off."

All in violation of Title 18, United States Code, Section 875(c).

A True Bill.

███████████████████████

Foreperson

_____
Tara M. Lyons
Acting United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division