FILED
John E. Triplett, Clerk of Court
United States District Court

By jamesburrell at 4:35 pm, Apr 01, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR125-024 |
| | ) |
| v. | ) 18 U.S.C. § 875(c) |
| | ) Threats in Interstate |
| JOSEPH ARMAND ZIMMER | ) Communication |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** Threats in Interstate Communication
18 U.S.C. § 875(c)

- Not more than five (5) years of imprisonment;
- Not more than a $250,000 fine;
- Not more than three (3) years of supervised release;
- $100 special assessment

Respectfully submitted,

TARA M LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*

Patricia G. Rhodes
Assistant United States Attorney
Georgia Bar Number 307288